UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GABRIEL MATHEW WHITLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-00497-SEB-MG ) |
| THOMAS B. LANGHORNE, et al., | ) ) |
| Defendants. | ) |

**ORDER DISMISSING COMPLAINT AND DIRECTING ENTRY OF FINAL JUDGMENT**

On April 14, 2023, the Court dismissed Plaintiff's complaint without prejudice for lack of subject matter jurisdiction, instructing him that if he wanted to proceed with the case, he was required to file an amended complaint within forty days of the date of that entry and that "[f]ailure to do so in the time allotted will result in the dismissal of this action without further notice or opportunity to show cause." Dkt. 10.  That deadline has now passed, and Plaintiff has not filed an amended complaint.  Accordingly, Plaintiff's complaint is dismissed without prejudice for lack of jurisdiction as set forth in the Court's April 14, 2023 screening order.  All pending motions are <u>DENIED AS MOOT</u>.  Final judgment shall now be entered.

    IT IS SO ORDERED.

Date:  _____11/1/2023_____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

1

Distribution:

GABRIEL MATHEW WHITLEY
1033 N. DEARBORN STREET
INDIANAPOLIS, IN 46201